B4 (Official Form 4)(12/07)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of North Carolina

In re  Michael William Bateman ,
         Debtor

Case No. _____

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Coastal Mini Storage ATTN: Managing Agent 210 Riverside Road Washington, NC 27889 | | | | 1,100.00 |
| Lowes Attn: Managing Agent P.O. Box 530970 Atlanta, GA 30353 | | | | 1,913.31 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| HSBC Card Services ATTN: Managing Agent Dept. 9600 Carol Stream, IL 60128-9600 | | | | 2,347.51 |
| Capital One ATTN: Managing Agent United Recovery System 5800 North Course Drive Houston, TX 77072 | | | | 4,427.08 |
| US Airways - Master Card ATTN: Managing Agent 4285 Genesee Street Cheedtowaga, NY 14225-1943 | | | | 9,824.05 |
| WaMu (Chase) ATTN: Managing Agent Pentagroup Financial P.O. Box 742209 Houston, TX 77274-2209 | | | | 14,260.86 |
| AgCarolina Financial, ACA ATTN: Managing Agent - Officer P.O. Box 1066 Williamston, NC 27892-1066 | | | | 22,500.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-765

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Branch Banking & Trust Company ATTN: Jack Hayes P.O. Box 1847 Wilson, NC 27894-1847 | | | | 65,000.00 Collateral FMV 0.00 |
| Branch Banking & Trust Company ATTN: Jack Hayes P.O. Box 1847 Wilson, NC 27894-1847 | | | | 462,550.12 Collateral FMV 245,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing list of twenty largest unsecured creditors and that it is true and correct to the best of my knowledge, information and belief.

Date   12/21/2011     Signature   /s/ Michael William Bateman
                                  MICHAEL WILLIAM BATEMAN